```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                        Case No. 16-01301-JJT
Aaron Terrill Kemp                                            Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5    User: MMchugh    Page 1 of 1    Date Rcvd: Apr 25, 2017
                    Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.
db          +Aaron Terrill Kemp,   1953 Horseshoe Bend,   Tobyhanna, PA 18466-3741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Joshua I Goldman   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Monroe County Tax Claim Bureau   MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
          Thomas I Puleo   on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          Tullio DeLuca   on behalf of Debtor Aaron Terrill Kemp tullio.deluca@verizon.net
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
AARON TERRILL KEMP
aka Aaron T. Kemp, Aaron Kemp

Debtor(s)

NATIONSTAR MORTGAGE, LLC

Movant(s)

v.

AARON TERRILL KEMP
aka Aaron T. Kemp, Aaron Kemp

CHARLES DEHART, III,
Standing Chapter 13 Trustee

Respondent(s)

Chapter 13

Case Number: 5-16-bk-01301-JJT

Document No.: 37

Nature of Proceeding: Motion to Approve Loan Modification

# ORDER

Inasmuch as the Movant's Motion to Approve Loan Modification contradicts paragraph 2.B. of the Debtor's confirmed Chapter 13 Plan barring modifications of the mortgage, further consideration of this Motion will be deferred pending modification of the Plan.

By the Court,

John J. Thomas, Bankruptcy Judge
(CMS)

Date: April 24, 2017

MDPA-ABLANK2.WPT - REV 11/04