```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 16-01301-JJT
Aaron Terrill Kemp                                                  Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5      User: MMchugh          Page 1 of 1         Date Rcvd: Jul 18, 2017
                          Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2017.
db             +Aaron Terrill Kemp,    1953 Horseshoe Bend,    Tobyhanna, PA 18466-3741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joshua I Goldman     on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau     MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Thomas I Puleo     on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio  DeLuca     on behalf of Debtor Aaron Terrill Kemp tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

****************************************************************************

| IN RE: | : | CHAPTER 13 |
| --- | --- | --- |
| AARON TERRILL KEMP | : | |
| a/k/a Aaron T. Kemp | : | |
| a/k/a Aaron Kemp | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5:16-01301 |

****************************************************************************

## ORDER APPROVING THIRD AMENDED PLAN

****************************************************************************

**IT IS ORDERED** that the Motion to Amend/Modify the Plan Post Confirmation filed on June 23, 2017, is hereby GRANTED.

**IT IS FURTHER ORDERED** that the proposed amendments in the Third Amended Plan filed on June 23, 2017, are hereby APPROVED.

Dated: July 18, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)