```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 16-01301-JJT
Aaron Terrill Kemp                                                  Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5       User: MMchugh            Page 1 of 1         Date Rcvd: Aug 22, 2017
                           Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2017.
db             +Aaron Terrill Kemp,    1953 Horseshoe Bend,    Tobyhanna, PA 18466-3741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor Aaron Terrill Kemp tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Aaron Terrill Kemp AKA Aaron T. Kemp, Aaron Kemp<br>　　　　Debtor<br><br>Nationstar Mortgage LLC<br>　　　　Movant<br>vs.<br><br>Aaron Terrill Kemp AKA Aaron T. Kemp, Aaron Kemp<br>　　　　Debtor<br><br>Charles J. DeHart, III Esq.<br>　　　　Trustee | CHAPTER 13<br><br>NO. 16-01301 JJT |

### ORDER

AND NOW, at Wilkes-Barre, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and approval and recordation (if applicable) of the Loan Modification Agreement executed on February 20, 2017 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

Within thirty (30) days, Movant shall file an Amended Proof of Claim that conforms to the terms of the Loan Modification Agreement.

Dated: August 22, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)