In re:                                                    Case No. 16-01301-RNO
Aaron Terrill Kemp                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: MMchugh        Page 1 of 2        Date Rcvd: Jun 28, 2019
                            Form ID: 3180W       Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2019.
```
db          +Aaron Terrill Kemp,   1953 Horseshoe Bend,   Tobyhanna, PA 18466-3741
4769233     +A Pocono Country Place P.O.A., Inc.,   112 Recreation Drive,   Tobyhanna, PA 18466-9599
4790709     +A Pocono Country Place Property Owners Assoc.,   c/o Young & Haros, LLC,   802 Main Street,
             Stroudsburg, PA 18360-1602
4813974      American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 5008,
             Carol Stream, IL  60197-5008
4769240     +CREDIT MANAGEMENT,   24100 SOUTHFIELD, STE 116,   SOUTHFIELD, MI 48075-2850
4769239     +Conemaugh Memorial Medical Center,   1086 Franklin St.,   Johnstown, PA 15905-4305
4769243     +Eye Institute of Essex,   The Clara Maass Professional Center,   5 Franklin Ave., Suite 209,
             Belleville, NJ 07109-3504
4769245     +Geisinger Health System,   100 North Academy Ave.,   Danville, PA 17822-0001
4769247      KML Law Group, P.C.,   Suite 5000, BNY Mellon Independence Ctr.,   Philadelphia, PA 19106
4769246     +Kay Jewelers,   Attn: Bankruptcy Dept.,   P.O. Box 1799,   Akron, OH 44309-1799
4769248     +Law offices of Tullio DeLuca,   381 N. 9th Avenue,   Scranton, PA 18504-2005
4769250     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,   350 Highland Dr.,   Lewisville, TX 75067)
4798724     +Newark B.O.E. Employees Credit Union,   c.o. McKenna, DuPont, Higgins, Stone PC,   PO Box 610,
             Red Bank, NJ 07701-0610
4769251      Newark Board of Education,   195 Norman Rd.,   Employees Credit Union,   Newark, NJ 07106-3309
4772861     +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
             Washington, DC 20410-0002
4769254     +Vacation Charters LTD.,   P.O. Box 547C,   Lake Harmony, PA 18624-0820
4769255     +Vacation Charters/Concord Servicing, Inc,   6560 N. Scottsdale Rd., #F105,
             Scottsdale, AZ 85253-4412
4769257     +Vivian L. Kemp,   1953 Horseshoe Bend,   Tobyhanna, PA 18466-3741
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4769235     +EDI: AFNIRECOVERY.COM Jun 28 2019 23:13:00      AFNI,   P.O. Box 3517,
             Bloomington, IL 61702-3517
4816705     +EDI: CINGMIDLAND.COM Jun 28 2019 23:13:00      AT&T Mobility II LLC,   %AT&T SERVICES INC.,
             KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,   BEDMINSTER, NJ 07921-2693
4769236     +EDI: CINGMIDLAND.COM Jun 28 2019 23:13:00      AT&T Mobility II, LLC,   c/o AT&T Services, Inc.,
             Karen A. Cavagnaro, Lead Paralegal,   One AT&T Way. Room 3A104,   Bedminster, NJ 07921-2693
4795768      EDI: AIS.COM Jun 28 2019 23:13:00      American InfoSource LP as agent for,   Verizon,
             PO Box 248838,   Oklahoma City, OK  73124-8838
4769237     +EDI: CAPITALONE.COM Jun 28 2019 23:08:00      Capital One,   PO Box 30285,
             Salt Lake City, UT 84130-0285
4781693      EDI: CAPITALONE.COM Jun 28 2019 23:08:00      Capital One Bank (USA), N.A.,   PO Box 71083,
             Charlotte, NC  28272-1083
4769238     +EDI: CAUT.COM Jun 28 2019 23:08:00      Chase Auto Finance,   National Bankruptcy Dept.,
             201 N. Central Ave., AZ1-1191,   Phoenix, AZ 85004-1071
4769241      EDI: DIRECTV.COM Jun 28 2019 23:13:00      Directv,   P.O. Box 6550,
             Greenwood Village, CO 80155
4769242     +E-mail/Text: bknotice@ercbpo.com Jun 28 2019 19:11:46      Enhanced Recovery Corp.,
             P.O. Box  57547,   Jacksonville, FL 32241-7547
4769244      EDI: AMINFOFP.COM Jun 28 2019 23:13:00      First Premier Bank,   P.O. Box 5524,
             Sioux Falls, SD 57117-5524
4798339      EDI: CAUT.COM Jun 28 2019 23:08:00      JPMorgan Chase Bank, N.A.,
             National Bankruptcy Department,   P.O. Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
4798723     +E-mail/Text: laurarec@bank1aw.com Jun 28 2019 19:11:39      McKenna, DuPont, Higgins & Stone, PC,
             PO Box 610,   Red Bank, NJ 07701-0610
4769249     +EDI: PARALONMEDCREDT Jun 28 2019 23:13:00      Medicredit, Inc.,   P.O. Box 7206,
             Columbia, MD 65205-7206
4774817     +E-mail/Text: MKnitter@monroecountypa.gov Jun 28 2019 19:11:48
             Monroe County Tax Claim Bureau,   1 Quaker Plaza, Room 104,   Stroudsburg, PA 18360-2141
4769252      EDI: PRA.COM Jun 28 2019 23:13:00      Portfolio Recovery Associates, LLC,   120 Corporate Blvd.,
             Norfolk, VA 23502
4808339     +EDI: JEFFERSONCAP.COM Jun 28 2019 23:13:00      Premier Bankcard, Llc,
             c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
4769253     +E-mail/Text: bankruptcy@savit.com Jun 28 2019 19:11:55      Sa-Vit Enterprises,   P.O. Box 250,
             East Brunswick, NJ 08816-0250
4769256     +EDI: VERIZONCOMB.COM Jun 28 2019 23:08:00      Verizon Bankruptcy Dept.,   500 Technology Drive,
             Suite 550,   Weldon Spring, MO 63304-2225
                                                                                    TOTAL: 18
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4769234*     +Aaron Terrill Kemp,   1953 Horseshoe Bend,   Tobyhanna, PA 18466-3741
4803641*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,   PO BOX 619096,   Dallas, TX 75261)
                                                                       TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Monroe County Tax Claim Bureau   MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
          Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Tullio  DeLuca    on behalf of Debtor 1 Aaron Terrill Kemp tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Aaron Terrill Kemp** | Social Security number or ITIN  **xxx–xx–3569** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number:  **5:16–bk–01301–RNO** | | |

# Order of Discharge

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Aaron Terrill Kemp
aka Aaron T. Kemp, aka Aaron Kemp

**By the court:**

6/28/19

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: MMchugh, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:16-bk-01301-RNO   Doc 53   Filed 06/30/19   Entered 07/01/19 00:44:38   Desc
Imaged Certificate of Notice    Page 4 of 4